## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

RANDY BLAKE PATTERSON,   )
M.D.,   )
  )
  )
       Plaintiff,   )
  )
  )    **Case No. CIV-20-355-R**
v.   )
  )
  )
RAYMOND A. COHLMIA,   )
D.D.S.,   )
  )
       Defendant.   )

## ORDER

Currently pending is the Parties Joint Motion for Order Compelling Judicial Settlement Conference, to Stay Trial Pleading Deadlines and Confirming September 6th Conference is Stricken. Doc. 109. The Court finds cause to grant the Motion and orders:

1. The conference set for September 6th is striken;

2. Pursuant to local rule 16.2, this matter shall be referred to a Judicial Settlement Conference;

3. All trial pleading deadlines within this proceeding shall be stayed pending the judicial settlement conference and if the judicial settlement conference is unsuccessful then shall be reset when the trial is reset. If the judicial settlement conference is unsuccessful, the parties will have ten (10) days to submit a new proposed scheduling order addressing all outstanding deadlines for the Court's consideration.

IT IS SO ORDERED this 23rd day of August 2022.

**DAVID L. RUSSELL**
**UNITED STATES DISTRICT JUDGE**