**COURTROOM MINUTE SHEET**

DATE: September 22, 2022

CIVIL NO. CIV-20-355-R

Randy Blake Patterson, M.D. -vs- Raymond A. Cohlmia

TOTAL TIME   30 minutes
PROCEEDINGS   Hearing on Motion for Sanctions [Doc. No. 101]

JUDGE DAVID L. RUSSELL     DEPUTY KIRA MURPHEY          REPORTER Sherri Grubbs

PLF COUNSEL Lindsey Mulinix Ewert; Rand C. Eddy

DFT COUNSEL: Jordan R. Dennis; Michael Burrage; Dan Weitman

Cause comes on for hearing as above stated. Parties appear as above stated. Statements of counsel heard. The Motion for Sanctions [Doc. 101] is DENIED.